

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00754-CV

**IN THE INTEREST OF BABY V.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's request for a free copy of the appellate record is hereby GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court